Rev. 5/14

**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

USA v. Megan Brown (11)   No. 18cr872-JLS

The Court finds excludable delay, under the section indicated by check (√),
commenced on __6/22/18__ and ended on __9/7/18__

3161(h)

___ (1)(A) Exam or hrg for **mental or physical incapacity**    A

___ (1)(B) State or Federal trials or **other charges pending**    C

___ (1)(C) **Interlocutory appeals**    D

___ (1)(D) **Pretrial motions** (from flg to hrg or other prompt dispo)    E

___ (1)(E) **Transfers from other district** (per FRCrP 20, 21 & 40)    F

___ (1)(H) **Proceedings under advisement** not to exceed thirty days    G

___ Misc proc: Parole or prob rev, deportation, **extradition**    H

___ (1)(F) **Transportation** from another district or to/from examination or hospitalization in ten days or less    J

___ (1)(G) Consideration by Court of **proposed plea agreement**    K

___ (2) **Prosecution deferred** by mutual agreement    I

___ (3)(A)&(B) **Unavailability of defendant** or **essential witness**    M

___ (4) Period of **mental or physical incompetence** of defendant to stand trial    N

___ (5) **Superseding indictment and/or new charges**    P

___ (6) **Defendant awaiting trial of co-defendant**, no severance has been granted    R

_√_ (7)(A)&(B) **Continuance**s granted per (h)(7)-use "T" alone if more than one of the reasons below are given in support of continuance    T

_√_ (7)(B)(i) 1) Failure to grant a **continuance** in the proceeding would result in a a **miscarriage of justice.**    (T1)

___ (7)(B)(ii) 2) **Case** unusual or **complex**

___ (7)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days

___ (7)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**

___ 3161(8)(i) Time up to **withdrawal of guilty plea**    T2 T3

___ 18:3161(b) **Grand jury indictment time extended** thirty (30) more days    T4

Date: __6/22/18__   Judge's Initials: __JJL__    U

W