```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>MEGAN RENEE BROWN (11),<br><br>        Defendant. | Case No. 18-CR-0872-JLS<br><br>I N F O R M A T I O N<br>**(Superseding)**<br><br>Title 21, U.S.C., Secs. 841(a)(1), 846 – Conspiracy to Distribute Heroin and Methamphetamine |
|---|---|

The United States Attorney charges:

    Beginning on a date unknown and continuing up to and including February 15, 2018, within the Southern District of California and elsewhere, defendant MEGAN RENNE BROWN did knowingly and intentionally conspire with COLIN KENNETH JONES, aka "Frosty," IKAIKA RYAN CHUNG, aka "Chino," LUIS ARMANDO GARCIA, aka "Junior," LAUREN NICOLE VALENZUELA, aka "Huera," CHRISTOPHER TIBURSKI, DAVID ALFARO, aka "Stranger," EDGAR DELGADILLO, aka "Big E," DAVID LOERA, aka "Porky," RAMON CALDERA, aka "Evil," MARK THOMAS REED, MATTHEW WAYNE TRUAX, and MELISSA SUE BORST, and with other persons known and unknown, to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II

PKM:PKM:12/21/2018

1  Controlled Substance; all in violation of Title 21, United States Code,
2  Sections 841(a)(1) and 846.
3  DATED: January 7, 2019.

ADAM L. BRAVERMAN
United States Attorney

*/s/ P. Kevin Mokhtari*
P. KEVIN MOKHTARI
Assistant U.S. Attorney