AO455 (Rev.5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| vs. | Case No. **18CR0872-JLS** |
| MEGAN RENEE BROWN (11) | |

I, MEGAN RENEE BROWN (11), the above named defendant, who is accused of

21 USC 841(a)(1), 846 - Conspiracy to distribute heroin and methamphetamine,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____**January 7, 2019**_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer